FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2025-2328
LT Case No. 05-2013-CF-053606-A

_____

PATRICK R. VALENTI,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Patrick R. Valenti, Bushnell, pro se.

No Appearance for Appellee.

September 19, 2025

PER CURIAM.

    This Court earlier dismissed Petitioner's petition for writ of Habeas Corpus stemming from Brevard County Circuit Court Case No. 05-2013-CF-053606-A. Because it appears that Petitioner's filings are abusive, repetitive, malicious, or frivolous, Petitioner is cautioned that any further similarly inappropriate pro se filings in this Court asserting claims stemming from Brevard County Circuit Court Case No. 05-2013-CF-053606-A may result in sanctions such as a bar on pro se filing in this Court and

referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER CAUTIONED.

JAY, C.J., and MAKAR and EDWARDS, JJ., concur.